UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER FINANCIAL SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KAIN KUMAR, MD, INC., a California corporation; KAIN KUMAR, MD, an individual, SHARMINI KUMAR, MD, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07670-JAC-JC<br><br>**Honorable John A. Kronstadt**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST: (1) KAIN KUMAR, MD, INC., A CALIFORNIA CORPORATION; (2) KAIN KUMAR, MD, AN INDIVIDUAL; AND (3) SHARMINI KUMAR, MD, AN INDIVIDUAL**<br><br>**DATE:** January 27, 2020<br>**TIME:** 8:30 am<br>**CTRM:** 10B |

LOMBARDI & DONOHUE LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

LOMBARDI & DONOHUE LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017

1   Plaintiff Premier Financial Services, LLC moved for entry of default
2 judgment against Defendants Kain Kumar, MD, Inc., Kain Kumar, MD, and
3 Sharmini Kumar, MD.
4   The Motion came on regularly for hearing before the Court on January 27,
5 2020, or was taken under submission without oral argument, by the Honorable John
6 A. Kronstadt.
7   After fully considering the arguments made in the moving papers, the
8 opposition and the reply, if any, and any presented at the hearing, the Court finds
9 that judgment by default in proper, and HEREBY ENTERS JUDGMENT in favor
10 of Plaintiff Premier Financial Services, LLC and against Defendants Kain Kumar,
11 MD, Inc., Kain Kumar, MD and Sharmini Kumar, MD, jointly and severally, in the
12 amount of $_____, plus attorneys' fees in the amount of $28,667.50, plus
13 prejudgment interest in the amount of $_____, plus
14 _____
15 _____
16 _____.
17
18 DATED: _____      By_____
                                      Hon. John A. Kronstadt
19                                    United States District Judge
20
21 SUBMITTED By:
22 Brett D. Watson, SBN: 203183
23 E-Mail: bwatson@ldattorneys.com
24 LOMBARDI & DONOHUE LLP
   800 Wilshire Boulevard, Suite 800
25 Los Angeles, California 90017
26 Tel.:  (213) 688-0430
   Fax:   (213) 688-0440
27
28 Attorneys for Plaintiff PREMIER FINANCIAL SERVICES, LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Deanna S. Davalos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 800 Wilshire Boulevard, Suite 800, Los Angeles, California 90017.

On December 4, 2019, I served the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST: (1) KAIN KUMAR, MD, INC., A CALIFORNIA CORPORATION; (2) KAIN KUMAR, MD, AN INDIVIDUAL; AND (3) SHARMINI KUMAR, MD, AN INDIVIDUAL** on Interested Parties in this action as follows:

Kain Kumar, MD, Inc.
540 W. Palmdale Blvd., Ste. B
Palmdale, CA 93551

Kain Kumar, MD, an individual
540 W. Palmdale Blvd., Ste. B
Palmdale, CA 93551

Sharmini Kumar, MD, an individual
540 W. Palmdale Blvd., Ste. B
Palmdale, CA 93551

[X] **(BY U.S. MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with Lombardi & Donohue's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

[ ] **(VIA ONELEGAL)** I caused such document(s) to be served electronically pursuant to the Los Angeles County Superior Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

[X] **(STATE)** I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2019, at Los Angeles, California.

*/s/ Deanna S. Davalos*
Deanna S. Davalos